UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN FINGER,                      )<br>        Plaintiff,          )<br>v.                                              )<br>                                                   )<br>PEOPLE'S UNITED FINANCIAL, INC.,   )<br>JOHN P. BARNES, COLLIN P. BARON,   )<br>GEORGE CARTER, JANE CHWICK,        )<br>WILLIAM F. CRUGER, JR., JOHN K.    )<br>DWIGHT, JERRY FRANKLIN, JANET      )<br>M. HANSEN, NANCY MCALLISTER,       )<br>MARK W. RICHARDS, and KIRK W.      )<br>WALTERS,                           )<br>                                                   )<br>        Defendants.        ) | Case No. . 1:21-cv-00639-MN<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: June 2, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*